**Order entered February 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00824-CV

**DERWIN PACE, Appellant**

**V.**

**BANK OF AMERICA, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02794-C**

## ORDER

By letter dated August 15, 2012, we notified the court reporter for County Court at Law No. 3 that the reporter's record in this case was overdue. We directed that the record be filed within thirty days. To date, we have received no response. Accordingly, we **ORDER** court reporter Janet Wright to file either the reporter's record or written verification that no hearings were recorded within **THIRTY DAYS** of the date of this order.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE